**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNETTA L. HARRISON, | ) |
| Plaintiff, | ) Case No.: 2:23-cv-01365-NJK |
| | ) **ORDER GRANTING** |
| v. | ) **STIPULATION TO VOLUNTARY** |
| | ) **REMAND PURSUANT TO SENTENCE** |
| | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| KILOLO KIJAKAZI, | ) **ENTRY OF JUDGMENT FOR** |
| Acting Commissioner of Social Security, | ) **PLAINTIFF** |
| Defendant. | ) |

The parties, acting through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to issue a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

1 | The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: November 17, 2023        Respectfully submitted,

/s/  Marc V. Kalagian
Marc V. Kalagian
(*as authorized via email on 11/16/2023)
Attorney for Plaintiff

Dated: November 17, 2023        Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 17, 2023